Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  23–20538–CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Alexis Ann Sarboukh
aka Alexis Sarboukh
512 Windsor Street
Forked River, NJ 08731

Social Security No.:
xxx–xx–5559

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            1/17/24
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 13, 2023
JAN: gan

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 23-20538-CMG
Alexis Ann Sarboukh                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                              Page 1 of 2
Date Rcvd: Nov 13, 2023                     Form ID: 132                       Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexis Ann Sarboukh, 512 Windsor Street, Forked River, NJ 08731-2348 |
| 520079453 | + | A2Z Diagnostics, 6 Industrial Way W, Suite F19, Eatontown, NJ 07724-2268 |
| 520079454 | | Allied Digestive Health, P.O. Box 11578, Newark, NJ 07101-4578 |
| 520079459 | | Endoscopy Center of Toms River, PO Box 250, East Brunswick, NJ 08816-0250 |
| 520079463 | | NJ Regional Ear, Nose & Throat, 1145 Beacon Ave, Manahawkin, NJ 08050-2471 |
| 520079464 | | Optum Medical Care of New Jersey, PO Box 9500-7510, Philadelphia, PA 19195-7510 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2023 23:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2023 23:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520079455 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2023 23:37:58 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520079456 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 13 2023 23:05:16 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520079457 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 13 2023 23:57:00 | Credit Collection Services, P.O. Box 337, Norwood, MA 02062-0337 |
| 520079458 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 13 2023 23:57:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520079460 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 13 2023 23:38:23 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520079462 | | Email/Text: ml-ebn@missionlane.com | Nov 13 2023 23:54:00 | Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 520079461 | | Email/Text: ml-ebn@missionlane.com | Nov 13 2023 23:54:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 520079465 | ^ | MEBN | Nov 13 2023 22:41:50 | Quality Asset Recovery, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 520079467 | | Email/Text: bankruptcyteam@quickenloans.com | Nov 13 2023 23:57:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 520079466 | | Email/Text: bankruptcyteam@quickenloans.com | Nov 13 2023 23:57:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 520079468 | | Email/Text: bankruptcy@savit.com | Nov 13 2023 23:57:00 | Sa-Vit Collection Agen, PO Box 250, East Brunswick, NJ 08816-0250 |
| 520079469 | | Email/Text: bankruptcy@savit.com | | |

District/off: 0312-3                      User: admin                                Page 2 of 2

Date Rcvd: Nov 13, 2023                  Form ID: 132                         Total Noticed: 22

|  |  | Nov 13 2023 23:57:00 | Savit Collection Agency, Attn: Bankruptcy, PO Box 250, East Brunswick, NJ 08816-0250 |
| 520079472 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 13 2023 23:05:18 | Wells Fargo Bank NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 520079473 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2023 00:05:14 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, # MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 520079471 |  | Belfast, ME 04915-4033 |
| 520079470 |  | Summit Health, Attn: 8549X |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2023                     Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Joseph Albanese | on behalf of Debtor Alexis Ann Sarboukh jabanklaw1@aol.com karen@lawalbanese.com;albanese.josephbc9311@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3