Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024  
**Chapter 13 Case No. 23-20538 / CMG**

Alexis Ann Sarboukh

Petition Filed Date: 11/10/2023  
341 Hearing Date: 12/14/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/19/2023 | $168.00 | 863739933 | 01/02/2024 | $168.00 | 95608470 | | | |

**Total Receipts for the Period: $336.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $336.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Alexis Ann Sarboukh | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joseph Albanese, Esq. | Attorney Fees | $2,750.00 | $0.00 | $2,750.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | U.S. DEPARTMENT OF HUD<br>»»  P/512 WINDSOR ST/2ND MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 2 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $742.72 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $299.80 | $0.00 | $0.00 |
| 4 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»»  P/512 WINDSOR ST/1ST MTG | Mortgage Arrears | $45,694.42 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK, NA | Unsecured Creditors | $732.58 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-20538 / CMG**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $336.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $168.00 |
| Paid to Trustee: | $27.88 | Arrearages: | $0.00 |
| Funds on Hand: | $308.12 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

