Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                         Case No.: 23−20538−CMG
                         Chapter: 13
                         Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alexis Ann Sarboukh
   aka Alexis Sarboukh
   512 Windsor Street
   Forked River, NJ 08731

Social Security No.:
   xxx−xx−5559

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 25, 2024.

Dated: March 25, 2024
JAN: mjb

                                                     Jeanne Naughton
                                                       Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-20538-CMG
Alexis Ann Sarboukh  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Mar 25, 2024　　　　　　　　　　　Form ID: plncf13　　　　　　　　　　　Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol　　Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alexis Ann Sarboukh, 512 Windsor Street, Forked River, NJ 08731-2348 |
| 520079453 | + | A2Z Diagnostics, 6 Industrial Way W, Suite F19, Eatontown, NJ 07724-2268 |
| 520079454 | | Allied Digestive Health, P.O. Box 11578, Newark, NJ 07101-4578 |
| 520079459 | | Endoscopy Center of Toms River, PO Box 250, East Brunswick, NJ 08816-0250 |
| 520079463 | | NJ Regional Ear, Nose & Throat, 1145 Beacon Ave, Manahawkin, NJ 08050-2471 |
| 520079464 | | Optum Medical Care of New Jersey, PO Box 9500-7510, Philadelphia, PA 19195-7510 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 25 2024 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 25 2024 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520079455 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2024 21:05:28 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520079456 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 25 2024 21:15:56 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 520110789 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 25 2024 21:15:52 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520079457 | | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 25 2024 20:55:00 | Credit Collection Services, P.O. Box 337, Norwood, MA 02062-0337 |
| 520079458 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 25 2024 20:55:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 520079460 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 25 2024 21:05:37 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 520109573 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Mar 25 2024 20:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 520079462 | | Email/Text: ml-ebn@missionlane.com | Mar 25 2024 20:53:00 | Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348-5286 |
| 520079461 | | Email/Text: ml-ebn@missionlane.com | Mar 25 2024 20:53:00 | Mission Lane LLC, PO Box 105286, Atlanta, GA 30348-5286 |
| 520079465 | ^ | MEBN | Mar 25 2024 20:49:22 | Quality Asset Recovery, PO Box 239, Gibbsboro, NJ 08026-0239 |
| 520079467 | | Email/Text: bankruptcyteam@quickenloans.com | Mar 25 2024 20:55:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520079466 | | Email/Text: bankruptcyteam@quickenloans.com | Mar 25 2024 20:55:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 520118469 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 25 2024 20:55:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 520079468 | | Email/Text: bankruptcy@savit.com | Mar 25 2024 20:55:00 | Sa-Vit Collection Agen, PO Box 250, East Brunswick, NJ 08816-0250 |
| 520079469 | | Email/Text: bankruptcy@savit.com | Mar 25 2024 20:55:00 | Savit Collection Agency, Attn: Bankruptcy, PO Box 250, East Brunswick, NJ 08816-0250 |
| 520081411 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 25 2024 21:05:05 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520079472 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 25 2024 21:15:51 | Wells Fargo Bank NA, PO Box 14517, Des Moines, IA 50306-3517 |
| 520079473 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 25 2024 21:15:49 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, # MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |
| 520130747 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 25 2024 21:15:53 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520079471 | | Belfast, ME 04915-4033 |
| 520079470 | | Summit Health, Attn: 8549X |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph Albanese | |

District/off: 0312-3     User: admin     Page 3 of 3
Date Rcvd: Mar 25, 2024     Form ID: plncf13     Total Noticed: 27

on behalf of Debtor Alexis Ann Sarboukh jabanklaw1@aol.com karen@lawalbanese.com;albanese.josephbc9311@notify.bestcase.com

Michael Patrick Farrington

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5