Order Filed on April 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1( b) <br> Denise Carlon <br> KML Law Group, P.C. <br> 701 Market Street, Suite 5000 <br> Philadelphia, PA 19106 <br> Main Phone:609-250-0700 <br> dcarlon@kmllawgroup.com <br> Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. | Case No:  23-20538 CMG <br><br> Chapter: 13 |
| In Re: <br> Alexis Ann Sarboukh a/k/a Alexis Sarboukh <br><br> DEBTOR | Judge: Christine M. Gravelle |

## CONSENT ORDER CURING POST-PETITION ARREARS

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 19, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor:     Alexis Ann Sarboukh a/k/a Alexis Sarboukh
Case No.:   23-20538 CMG
Caption:    **CONSENT ORDER CURING POST-PETITION ARREARS**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., holder of a mortgage on real property known as 512 Windsor Street, Forked River, NJ, 08731, with the consent of Joseph Albanese, Esq., counsel for the Debtor,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that as of March 25, 2024, Debtor is due for the post-petition payments due February 2024 through March 2024 for a total post-petition default of $3,419.68 (2 @ $1,709.84); and

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Debtor is to obtain a loan modification by 5/31/2024, or as may be extended by modified plan; and

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Debtor is to make regular post-petition payments in accordance with the terms of the note and mortgage and applicable payment change notices while the loan modification is pending beginning 4/1/2024; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the trustee is not to pay the arrears while the loan modification is pending; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor does not waive its rights to the pre-petition arrears or any post-petition arrears that may accrue; and

It is further **ORDERED, ADJUDGED** and **DECREED** that if the loan modification is not successful, Debtor shall modify the plan to otherwise address Secured Creditor's claim.

I hereby agree and consent to the above terms and conditions:        Dated: 4/9/2024

/s/ Denise Carlon
DENISE CARLON, ESQ.
ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:        Dated: 4/9/24

Joseph Albanese, Esquire
ATTORNEY FOR DEBTOR