| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1( b)<br>Denise Carlon<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone:609-250-0700<br>dcarlon@kmllawgroup.com<br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC<br>f/k/a Quicken Loans Inc. | Case No:    23-20538 CMG<br><br>Chapter: 13 |
| In Re:<br>Alexis Ann Sarboukh a/k/a Alexis Sarboukh<br><br>    DEBTOR | Judge:  Christine M. Gravelle |

Order Filed on April 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER CURING POST-PETITION ARREARS

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: April 19, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor:       Alexis Ann Sarboukh a/k/a Alexis Sarboukh
Case No.:     23-20538 CMG
Caption:      **CONSENT ORDER CURING POST-PETITION ARREARS**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., holder of a mortgage on real property known as 512 Windsor Street, Forked River, NJ, 08731, with the consent of Joseph Albanese, Esq., counsel for the Debtor,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that as of March 25, 2024, Debtor is due for the post-petition payments due February 2024 through March 2024 for a total post-petition default of $3,419.68 (2 @ $1,709.84); and

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Debtor is to obtain a loan modification by 5/31/2024, or as may be extended by modified plan; and

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Debtor is to make regular post-petition payments in accordance with the terms of the note and mortgage and applicable payment change notices while the loan modification is pending beginning 4/1/2024; and

It is further **ORDERED, ADJUDGED** and **DECREED** that the trustee is not to pay the arrears while the loan modification is pending; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor does not waive its rights to the pre-petition arrears or any post-petition arrears that may accrue; and

It is further **ORDERED, ADJUDGED** and **DECREED** that if the loan modification is not successful, Debtor shall modify the plan to otherwise address Secured Creditor's claim.

I hereby agree and consent to the above terms and conditions:        Dated: 4/9/2024

/s/ Denise Carlon
DENISE CARLON, ESQ.
ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:        Dated: 4/9/24

Joseph Albanese, Esquire
ATTORNEY FOR DEBTOR

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                                Case No. 23-20538-CMG
Alexis Ann Sarboukh                                                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                        User: admin                                        Page 1 of 1
Date Rcvd: Apr 19, 2024                Form ID: pdf903                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Alexis Ann Sarboukh, 512 Windsor Street, Forked River, NJ 08731-2348 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 21, 2024                                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joseph Albanese | on behalf of Debtor Alexis Ann Sarboukh jabanklaw1@aol.com karen@lawalbanese.com;albanese.josephbc9311@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5