UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JOSEPH ALBANESE, ESQ.
915 Lacey Road
Forked River, New Jersey 08731
Tel.  609-971-6200
Fax  609-971-6300
jabanklaw1@aol.com
Attorney ID # JA-4941
ATTORNEY FOR DEBTOR(S)

In Re:

Alexis A. Sarboukh

Debtors

Case No.: 23-20538
Chapter: 13
Adv. No.:
Hearing Date: 7/17/2024
Judge: CMG

# CERTIFICATION OF SERVICE

1. I, _____KAREN ALBANESE_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____Joseph Albanese, Esq._____, who represents _____Debtor_____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____7/15/2024_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Motion to Approve Loan Modification

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  7/15/2024

/s/ Karen Albanese
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.s. Trustee's Office<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Albert Russo, Esq.<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853<br><br>ARusso@Russo.com | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Alexis A. Sarboukh<br>512 Windsor Street<br>Forked River, New Jersey 08731 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, P.C.<br>Attn: Denise Carlon, Esq.<br>701 Market Street, Suite 5000<br>Philadelpha, PA 19106<br><br>DCarlon@KMLLawgroup.com | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF & EMail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*