UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JOSEPH ALBANESE, ESQ.
915 Lacey Road
Forked River, New Jersey 08731
Tel.  609-971-6200
Fax  609-971-6300
jabanklaw1@aol.com
Attorney ID # JA-4941
ATTORNEY FOR DEBTOR(S)

In Re:
Alexis A. Sarboukh
                            Debtors

Case No.:        23-20538
Chapter:             13
Hearing Date:     8-7-2024
Judge:              CMG

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled      ☒ Withdrawn

Matter:  Docket Document #29 - Motion to Approve Loan Modification -

Corrected Motion was filed with hearing date.

Date: 7-22-2024

/s/Joseph Albanese
Signature

*rev.8/1/15*