UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

JOSEPH ALBANESE, ESQ.
915 Lacey Road
Forked River, New Jersey 08731
Tel.  609-971-6200
Fax  609-971-6200
jabanklaw1@aol.com
Attorney ID # 006991976
ATTORNEY FOR DEBTOR

In Re:

   Alexis Ann Sarbouk

Case No.:    23-20538

Judge:    CMG

Chapter:    13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____, creditor,

    A hearing has been scheduled for _____, at _____.

    ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for    8/7/24   , at   9 AM  .

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
We acknowledge that the loan modification agreement was finalized after the May 31, 2024 due date per the confirmed plan. However, debtor is in substantial compliance, debtor has signed the papers, and we have filed a motion to approve the loan modification. I respectfully ask that the trustee's Motion to dismiss be withdrawn. We respectfully request a hearing.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____     /s/ Joseph Albanese, Esq._____
                                           Debtor's Signature

Date: _____     _____
                                           Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*